IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DAVID KEON BRAGGS, #M3115**                                    **PETITIONER**

**VERSUS**                            **Civil No. 1:14-cv-342-HSO-JCG**

**STATE OF MISSISSIPPI**                                          **RESPONDENT**

**ORDER DIRECTING THE CLERK OF COURT TO FILE PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS [16] IN THE NORTHERN DIVISION AND DISMISSING THE REMAINDER OF THIS CASE**

This matter is before the Court *sua sponte*. Petitioner David Keon Braggs, an inmate of the Mississippi Department of Corrections (MDOC), instituted this proceeding by filing a *pro se* pleading labeled "Petition for Writ of Mandamus."

On June 24, 2015, the Court entered an Order [15] construing Braggs's Petition [1] as seeking mandamus relief, monetary damages, and habeas corpus relief. The Order [15] denied Braggs's request for mandamus relief, dismissed his request for monetary damages, and directed him to complete habeas corpus forms if he wished to pursue his claims challenging the validity of his conviction and seek his release from incarceration. On July 13, 2015, Braggs filed his Petition for Writ of Habeas Corpus [16].

According to his Petition [16], Braggs is currently serving a 25-year term of imprisonment for a conviction of armed robbery entered by the Circuit Court of the First Judicial District of Hinds County. Since Braggs is challenging a conviction entered by the Hinds County Circuit Court, his Petition for habeas corpus relief is properly filed in the Northern Division of this Court.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Clerk of Court is directed to file *pro se* Petitioner David Keon Braggs's Petition for Writ of Habeas Corpus [16] pursuant to 28 U.S.C. § 2254 as a separate and new case in the Northern Division of this Court. The Clerk is further directed to notify Petitioner Braggs of his new case number.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that pursuant to the Order [15] denying mandamus relief, dismissing claims for monetary damages, and directing Petitioner to complete habeas corpus forms, this case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED,** this the 15th day of July, 2015.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE