IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DAVID KEON BRAGGS, #M3115**                                          **PETITIONER**

**VERSUS**                                         Civil No. 1:14-cv-342-HSO-JCG

**STATE OF MISSISSIPPI**                                            **RESPONDENT**

**FINAL JUDGMENT**

This matter is before the Court *sua sponte*.  The Court, after a full review and consideration of the record in this case, and relevant legal authorities, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED**, that this civil action is **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 15th day of July, 2015.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE